**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 4:25CR111** |
| | ) | |
| **OCTAVIUS D. SHEFFIELD** | ) | |

**ORDER**

Application for leave of absence has been requested by Makeia R. Jonese, Assistant United States Attorney, for April 8, 2026, through April 10, 2026, inclusive, in the above-referenced case.

The above and foregoing request for leave of absence is approved.

So ORDERED this 29th day of March 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA