AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

United States of America
v.
Octavius D. Sheffield

## EXHIBIT AND WITNESS LIST

Case Number: 4:25-cr-111

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| R. Stan Baker | Sherri Stephan | Eric Kramer |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| August 13, 2026 | Kelly McKee | Pam Hammock |

| PLF. NO. | DEF. NO. | DATE | OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8-13-26 | X | w/out obj | Hearing Exhibit 1 – Victim Impact Statement of Y.G. (Sealed Pursuant to Court Order) |
| | X | 8-13-26 | | | Angela Sheffield |
| 1 | | | | | Cellebrite Extraction Report of Defendant's Phone (Contact Info for Victim Y.G.) |
| 2 | | | | | Cellebrite Extraction Report of Defendant's Phone (Contact Info for family members of Y.G.) |
| 3 | | | | | Cellebrite Extraction Report of Defendant's Phone (Text Messages with Defendant's mother) |
| 4 | | | | | Cellebrite Extraction Report of Defendant's Phone (Text Messages from Y.G.'s aunt) |
| 5 | | | | | Cellebrite Extraction Report of Defendant's Phone (Safari search history) |
| 6 | | | | | Cellebrite Extraction Report of Defendant's Phone (Google search history)1 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

** Notates Exhibit returned to Counsel for safekeeping and for production in the Court of Appeals, if necessary.