Cellebrite
www.cellebrite.com

**Extraction Report** - Cellebrite Reports

## Contacts (6)

| # | Contact | Timestamp | Entries | Addresses | Notes | Additional info | Deleted |
|---|---|---|---|---|---|---|---|
| 1 | **Name:** Dont Answer [redacted] Cousin [redacted] Dont Pick Up<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/AddressBook/AddressBook.sqlitedb : 0x1B4BA5 (Table: ABPerson, ABMultiValue; Size: 2789376 bytes) | **Created:**<br>1/22/2022 2:16:26 PM(UTC+0)<br><br>**Modified:**<br>1/22/2022 2:16:30 PM(UTC+0) | **User ID:**<br>User ID A4C3A23D-1311-4D3F-A157-464EF8AF7887:ABPerson<br><br>**Phone:**<br>Mobile [redacted] | | | | |
| 2 | **Name:** Savannah Police Detective Looking For [redacted]<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/AddressBook/AddressBook.sqlitedb : 0xC5686 (Table: ABPerson, ABMultiValue; Size: 2789376 bytes) | **Created:**<br>11/15/2021 9:19:03 AM(UTC+0)<br><br>**Modified:**<br>11/15/2021 9:19:03 AM(UTC+0) | **User ID:**<br>User ID 5E050018-76B2-4F3A-9D71-0BD18451BF16<br><br>**Phone:**<br>General +19126516742 | | | | |
| 3 | **Name:** [redacted] auntie Dont Pick Up<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/AddressBook/AddressBook.sqlitedb : 0x11286C (Table: ABPerson, ABMultiValue; Size: 2789376 bytes) | **Created:**<br>11/15/2021 9:18:55 AM(UTC+0)<br><br>**Modified:**<br>11/15/2021 9:18:55 AM(UTC+0) | **User ID:**<br>User ID 626D02C7-52C1-4070-AB57-FF282B526E34<br><br>**Phone:**<br>Mobile ([redacted] | | | | |
| 4 | **Name:** [redacted] Fake New Ma Dont Pick Up<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/AddressBook/AddressBook.sqlitedb : 0x12B57E (Table: ABPerson, ABMultiValue; Size: 2789376 bytes) | **Created:**<br>11/15/2021 9:19:03 AM(UTC+0)<br><br>**Modified:**<br>11/15/2021 9:19:03 AM(UTC+0) | **User ID:**<br>User ID E4F34949-6594-49C3-B9CE-E2FEF20C6721<br><br>**Phone:**<br>Mobile [redacted] | | | | |
| 5 | **Name:** [redacted] Granda Dont Pick Up<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/AddressBook/AddressBook.sqlitedb : 0xE7D3F (Table: ABPerson, ABMultiValue; Size: 2789376 bytes) | **Created:**<br>11/15/2021 9:18:54 AM(UTC+0)<br><br>**Modified:**<br>11/15/2021 9:18:54 AM(UTC+0) | **User ID:**<br>User ID 29AA4EC3-53A9-477F-9872-F2811DAC106F<br><br>**Phone:**<br>Mobile [redacted] | | | | |



GOVERNMENT'S EXHIBIT
2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | **Name:** [redacted] Grandma Dont Pick Up<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/AddressBook/AddressBook.sqlitedb : 0x1844AD (Table: ABPerson, ABMultiValue; Size: 2789376 bytes) | **Created:** 11/15/2021 9:19:05 AM(UTC+0)<br>**Modified:** 11/15/2021 9:19:06 AM(UTC+0) | **User ID:** User ID 15F286DD-F568-4C42-83F1-5C85677342AC<br>**Phone:** Mobile [redacted] | | | | |



Gov. Ex. 2-002