Cellebrite
www.cellebrite.com

**Extraction Report** - Cellebrite Reports

## Participants

+16784378520
Mother *

+14047234780

## Conversation - Instant Messages (9)

From: +[redacted]520 Mother
To: +14047234780 (owner)

U are Really Sick. That Lil girl gone have your dumb Ass under the jail cell. And u talking to her about a 15 year's old Lil boy. U making all them threat's talking about Call a Lil boy. U really sick and dillisional . Don't put Me in your Shit Nomore changing email and I really sick. U 22 she is 15 grow Up u putting your self in trouble. I heard All I Needed to hear. Go Get some help

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +14047234780 | | 12/3/2022 12:54:13 AM(UTC+0) | |

**Status:** Read

12/3/2022 12:54:04 AM(UTC+0)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/SMS/sms.db : 0x2015DC4 (Table: message, handle, chat; Size: 47624192 bytes)

From: +14047234780 (owner)
To: +1[redacted]520 Mother

Idc ain't got nun to do wit u

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1[redacted]520 Mother | | | |

**Status:** Sent

12/3/2022 12:54:26 AM(UTC+0)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/SMS/sms.db : 0x20158D7 (Table: message, chat, handle; Size: 47624192 bytes)



GOVERNMENT'S EXHIBIT 3