Cellebrite
www.cellebrite.com

# Extraction Report - Cellebrite Reports

## Participants

[redacted] auntie Dont Pick Up*

+14707787809
Octavius Turtle Sheffield* (owner)

## Conversation - Instant Messages (2)

From: +[redacted] auntie Dont Pick Up
To: +14707787809 Octavius Turtle Sheffield (owner)

OCTAVIUS I know your name isn't Mike and you were the same person that dropped my niece off and picked her up in the early morning from my house. It's been about 4 months that she has been gone/missing and with you. SHE IS A CHILD!!! And this is too much. Do you have any nieces little cousins or even a little sister? How would you feel if they were in this situation. That would would be pretty shitty. Any decent person would not allow somebody to just stay with them like this. She has no money no clothes it's cold as fuck outside. I'm sure she is hungry and it's scary not knowing what kind of environment she is in! She needs to be home! Please bring her home! What would have been the reason for her to have left my house? She is not a adult she is a child and you are 21 years old! I just want my niece back home. Bring her home!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14707787809 Octavius Turtle Sheffield | | 1/15/2022 9:47:37 PM(UTC+0) | |

**Status:** Read

1/15/2022 9:44:45 PM(UTC+0)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x911FA7 (Table: message, handle; Size: 79917056 bytes)
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x1CA099 (Table: chat; Size: 2097112 bytes)

From: +[redacted] auntie Dont Pick Up
To: +14707787809 Octavius Turtle Sheffield (owner)

I don't won't to get anybody else involved but I will Octavius Sheffield if you don't let her go. I have been plenty of info now that I know who you are. So let's avoid that!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +14707787809 Octavius Turtle Sheffield | | 1/15/2022 9:47:37 PM(UTC+0) | |

**Status:** Read

1/15/2022 9:47:30 PM(UTC+0)

Source Extraction:
File System
Source Info:
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db : 0x911412 (Table: message, handle; Size: 79917056 bytes)
File system Extraction.zip/root/private/var/mobile/Library/SMS/sms.db-wal : 0x1CA099 (Table: chat; Size: 2097112 bytes)



GOVERNMENT'S EXHIBIT 4