Cellebrite
www.cellebrite.com

# Extraction Report - Cellebrite Reports

## Searched Items (17)

| # | Timestamp | Source | Value | Parameters | Origin | Source Extraction | Deleted | Account | * |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/25/2022 5:34:16 AM(UTC+0) | Safari **Source file**: File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/CloudTabs.db : 0x10B9EF (Size: 3137536 bytes) | can i get on child support even tho im not on the birth certificate | | Unknown | File System | | | |
| 2 | 12/23/2022 3:29:17 PM(UTC+0) | Safari **Source file**: File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/CloudTabs.db : 0x111C96 (Size: 3137536 bytes) | 21 year old got 15 year old girl pregnant | | Unknown | File System | | | |
| 3 | 12/23/2022 2:05:16 AM(UTC+0) | Safari **Source file**: File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0xEA723 (Size: 4317184 bytes) | savannah police warrants | | Unknown | File System | | | |
| 4 | 12/22/2022 7:49:40 PM(UTC+0) | Safari **Source file**: File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0xEA9A9 (Size: 4317184 bytes) | domestic violence unit mean | | Unknown | File System | | | |
| 5 | 12/22/2022 7:48:54 PM(UTC+0) | Safari **Source file**: File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0xEAB35 (Size: 4317184 bytes) | police domestic violence unit jobs | | Unknown | File System | | | |
| 6 | 12/22/2022 7:48:17 PM(UTC+0) | Safari **Source file**: File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Containers/Data/Application/9DF80926-9533-4295-98CA-6280D01230F2/Library/Preferences/com.apple.mobilesafari.plist : 0xAE2 (Size: 11709 bytes) | Family Violence Unit | | Default | File System | | | |
| 7 | 12/22/2022 5:26:03 AM(UTC+0) | Safari **Source file**: File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0x19ED53 (Size: 4317184 bytes) | savannah police shooting | | Unknown | File System | | | |
| 8 | 12/22/2022 5:26:03 AM(UTC+0) | Safari **Source file**: File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0x19ED9A (Size: 4317184 bytes) | savannah news | | Unknown | File System | | | |
| 9 | 12/7/2022 10:20:04 PM(UTC+0) | Safari **Source file**: File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0x25051A (Size: 4317184 bytes) | savanah news | | Unknown | File System | | | |
| 10 | 12/5/2022 1:18:54 PM(UTC+0) | Safari **Source file**: File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0x21D0F (Size: 4317184 bytes) | [redacted] missing | | Unknown | File System | | | |



GOVERNMENT'S EXHIBIT
5

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 12/4/2022 10:54:47 AM(UTC+0) | Safari **Source file:** File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0x21631 (Size: 4317184 bytes) | savannah ga news | | Unknown | File System | | | |
| 12 | 12/3/2022 1:56:05 PM(UTC+0) | Safari **Source file:** File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0x24887D (Size: 4317184 bytes) | printable power of attorney form for child | | Unknown | File System | | | |
| 13 | 12/3/2022 1:51:44 PM(UTC+0) | Safari **Source file:** File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0x2485C3 (Size: 4317184 bytes) | paper ftom lawyer to take child away from parent | | Unknown | File System | | | |
| 14 | 12/2/2022 9:49:27 PM(UTC+0) | Safari **Source file:** File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0x1B550F (Size: 4317184 bytes) | court order to take child away | | Unknown | File System | | | |
| 15 | 12/2/2022 9:00:52 PM(UTC+0) | Safari **Source file:** File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0x1B55D0 (Size: 4317184 bytes) | can i get on child support even tho im not on the birth certificate | | Unknown | File System | | | |
| 16 | 12/2/2022 8:54:50 PM(UTC+0) | Safari **Source file:** File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0x1B5FA8 (Size: 4317184 bytes) | Can a father take a child away from the mother if not married | | Unknown | File System | | | |
| 17 | 12/2/2022 8:52:31 PM(UTC+0) | Safari **Source file:** File system Extraction.zip/root/private/var/PersonaVolumes/data/mobile/Library/Safari/History.db : 0xA7774 (Size: 4317184 bytes) | can a father take his child away from the mother | | Unknown | File System | | | |



*Gov. Ex. 5-002*