Cellebrite
www.cellebrite.com

# Extraction Report - Cellebrite Reports

## Web History (5)

| # | Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted | * |
|---|---|---|---|---|---|---|---|---|---|
| 1 | how much abortion cost at planned parenthood - Google Search | https://www.google.com/search?q=how+much+abortion+cost+at+planned+parenthood&client=safari&hl=en-us&sxsrf=APq-WBvt5Tbodlsyck1ZOp-pG5XN1zn3ow%3A1643482784073&ei=ol71Yd3IA8mmqtsPksa0yAg&oq=how+much+for+abortion+cost+&gs_lcp=ChNtb2JpbGUtZ3dzLXdpei1zZXJwEAEYAjIGCAAQFhAeMgYIABAWEB4yBggAEBYQHjIGCAAQFhAeMgYIABAWEB4yBggAEBYQHjIGCAAQFhAeMgYIABAWEB46BwgAELADEEM6DQguEMcBEKMCELADEEM6CAgAEIAEELADOgoIABDHAxCwAxBDOgUIABCABDoFCCEQoAE6BQghEKsCOggIIRAWEB0QHjoLCAAQyQMQFhAKEB46BQgAEIYDOgUIABDNAkoECEEYAVCgDliPNWDbWmgEcAB4AIABmQGIAbAKkgEEMC4xMZgBAKABAcgBEcABAQ&sclient=mobile-gws-wiz-serp | 2/6/2022 9:17:08 AM(UTC+0) | 1 | | **Artifact Family:**<br>**Source Repository Path:** | **Source:** Safari<br>**Account:**<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/Safari/CloudTabs.db : 0x10BAF0 (Table: cloud_tabs; Size: 1875968 bytes) | | |
| 2 | 21 date a 14 year old - Google Search | https://www.google.com/search?q=21+date+a+14+year+old&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 2/6/2022 9:17:06 AM(UTC+0) | 1 | | **Artifact Family:**<br>**Source Repository Path:** | **Source:** Safari<br>**Account:**<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/Safari/CloudTabs.db : 0x150CE7 (Table: cloud_tabs; Size: 1875968 bytes) | | |
| 3 | 21 year old got 15 year old girl pregnant - Google Search | https://www.google.com/search?q=21+year+old+got+15+year+old+girl+pregnant&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari#ip=1 | 2/5/2022 11:51:26 PM(UTC+0) | 1 | | **Artifact Family:**<br>**Source Repository Path:** | **Source:** Safari<br>**Account:**<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/Safari/CloudTabs.db : 0x15CCB7 (Table: cloud_tabs; Size: 1875968 bytes) | | |
| 4 | does a baby have a heart beat at 1 month - Google Search | https://www.google.com/search?q=does+a+baby+have+a+heart+beat+at+1+month&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari | 2/5/2022 11:51:26 PM(UTC+0) | 1 | | **Artifact Family:**<br>**Source Repository Path:** | **Source:** Safari<br>**Account:**<br>**Source Extraction:** File System<br>**Source file:** File system Extraction.zip/root/private/var/mobile/Library/Safari/CloudTabs.db : 0x11CCBE (Table: cloud_tabs; Size: 1875968 bytes) | | |



GOVERNMENT'S EXHIBIT 6

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Police in Savannah searching for 14-year-old girl missing 2 weeks | https://www.w[illegible].com/amp/article-savannah [redacted] missing-teen/37897083 | 2/5/20[illegible] 8:44:26 PM(UTC+0) | [illegible] | | **Artifact Family:** **Source Repository Path:** | **Source:** Safari **Account:** **Source Extraction:** File System **Source file:** File system Extraction.zip/root/private/var/mobile/Library/Safari/CloudTabs.db : 0x7BCEE (Table: cloud_tabs; Size: 1875968 bytes) | | |



Gov. Ex. 6-002